Richard WHITMORE, Plaintiff–
Appellant,

v.

RECONTRUST COMPANY, NA; Wells
Fargo Bank, NA, as Trustee for the
Holders of the Merrill Lynch Mort-
gage Investor Trust, Mortgage Loan
Asset–Backed Certificates, Series
2006–WMCI, Defendants–Appellees.

No. 12–35504.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 29, 2016.

Richard Whitmore, Fairview, OR, pro
se.

Pilar Cortwright French, Esquire, Peter
D. Hawkes, Brian T. Kiolbasa, Esquire,
Lane Powell PC, Portland, OR, Steven
Andrew Ellis, Goodwin Procter LLP, Los
Angeles, CA, for Defendant–Appellee.

Before: CANBY, TASHIMA, and
NGUYEN, Circuit Judges.

MEMORANDUM **

Richard Whitmore appeals pro se from
the district court's judgment dismissing his
diversity action alleging foreclosure-relat-
ed claims. We have jurisdiction under 28
U.S.C. § 1291. We review de novo a dis-
missal under Federal Rule of Civil Proce-

dure 12(b)(6). *In re Mortg. Elec. Regis-
tration Sys., Inc.,* 754 F.3d 772, 780 (9th
Cir.2014). We affirm.

We do not consider the claims raised in
Whitmore's opening brief because they
were not raised before the district court.
*See Solis v. Matheson,* 563 F.3d 425, 437
(9th Cir.2009) (arguments made for the
first time on appeal and supported by facts
not before the district court are waived).
Moreover, Whitmore failed to address the
district court's dismissal of the claims al-
leged in his complaint in his opening brief,
and has therefore waived his appeal of the
district court's dismissal order. *See Smith
v. Marsh,* 194 F.3d 1045, 1052 (9th Cir.
1999) ("[A]rguments not raised by a party
in its opening brief are deemed waived.").

**AFFIRMED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.